**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 25, 2016.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-15-00041-CV

---

### DENBURY RESOURCES, INC. AND DENBURY ONSHORE, LLC, Appellants

### V.

### GEMINI INSURANCE COMPANY, Appellee

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2012-10397**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 5, 2014. On August 19, 2016, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.